# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JTS Capital 3 LLC, | ) |
| Plaintiff, | ) Civil Action No. _____ |
| v. | ) |
| Pittsburgh Development Group, LLC, | ) |
| Defendant, | ) |
| v. | ) |
| Gabriel Fontana, | ) |
| Third-Party Defendant. | ) |

## COMPLIED LIST OF PARTIES TO THE STATE COURT ACTION

1. JTS Capital 3 LLC
   3208 Greenleaf Drive
   Waco, Texas 76710

2. Pittsburgh Development Group, LLC
   3160 Leechburg Road
   Pittsburgh, Pennsylvania 15239

3. Gabriel Fontana
   3160 Leechburg Road
   Pittsburgh, Pennsylvania 15239

4. Daniel Asti
   c/o Meyer, Darragh, Buckler, Bebenek & Eck, PLLC
   U.S. Steel Tower, Suite 4850
   600 Grant Street
   Pittsburgh, PA 15219