**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JTS Capital 3 LLC,<br>        Plaintiff,<br>    v.<br><br>Pittsburgh Development Group, LLC,<br>        Defendant,<br>    v.<br><br>Gabriel Fontana,<br>        Third-Party Defendant. | )<br>)<br>) Civil Action No. 2:23-cv-19<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the Notice of Removal on the following parties of record via U.S. Mail and/or Email:

1. Pittsburgh Development Group, LLC
   3160 Leechburg Road
   Pittsburgh, Pennsylvania 15239

2. Gabriel Fontana
   c/o Calaiaro Valencik, P.C
   Donald Calaiaro, Esq.
   938 Penn Ave
   Pittsburgh, PA 015222
   dcalaiaro@c-vlaw.com

3. Daniel Asti
   c/o Meyer, Darragh, Buckler, Bebenek & Eck, PLLC
   Jonthan McCloskey, Esq.
   U.S. Steel Tower, Suite 4850
   600 Grant Street
   Pittsburgh, PA 15219
   jmccloskey@mdbbe.com

                                   */s/ Jillian Nolan Snider*
                                   Jillian Nolan Snider (Pa. Bar No. 202253)
                                   FROST BROWN TODD LLP
                                   501 Grant Street, Suite 800
                                   Pittsburgh, PA 15219
                                   Tel: (5412) 513-4300
                                   E-mail: jsnider@fbtlaw.com
                                   *Counsel for Plaintiff*